IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GASPARD,<br><br>   Plaintiff,<br><br>      v.<br><br>D. CASTILLO, et al.,<br><br>   Defendants. | No. 1:08-cv-01484 DGC<br><br>**ORDER GRANTING MOTION TO TAKE PLAINTIFF'S DEPOSITION BY REMOTE MEANS** |

Good cause appearing, the motion of Defendants Castillo and Soto for an order to take Plaintiff's deposition by remote means is granted.

Defendants may take Plaintiff's deposition by video conference if their counsel is unable to personally appear at the deposition.

Dated this 15th day of August, 2011.

_____
David G. Campbell
United States District Judge