**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arthur Gaspard,<br><br>           Plaintiff,<br><br>vs.<br><br>D. Castillo, et al.,<br><br>           Defendants. | No. 1:08-cv-01484 DGC<br><br>**ORDER** |

Plaintiff Arthur Gaspard, an inmate at a California state prison, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1), which was superseded by his first amended complaint (Doc. 8). On September 30, 2009, the Court dismissed the case with leave to amend. Doc. 10. Plaintiff filed a second amended complaint on November 23, 2009. Doc. 14. Plaintiff now alleges that Defendant Castillo was terminated from his employment at the California state prison for abusing inmates, and has filed the instant *Pitchess* motion requesting Castillo's personnel file. Doc. 53. Defendants have filed a response in opposition. Doc. 56. No party has requested oral argument. For the reasons that follow, the Court will deny the motion.

In *Pitchess v. Superior Court*, 522 P.2d 305 (Cal. 1974), the California Supreme Court held that a criminal defendant is entitled to a law enforcement officer's personnel records if the defendant can show that the records are necessary character evidence. A *Pitchess* motion "may be appropriate only if brought by a defendant in the context of a state criminal trial, not by a plaintiff in a federal civil rights action." *Turner v. Spence*,

No. CIV S 07-0022 GGH P, 2008 WL 927709, at *9 (E.D. Cal. April 4, 2008) (citations omitted).  Petitioner's *Pitchess* motion will be "denied because it is misplaced in this federal action."  *Williams v. Adams*, No. 1:05-cv-00124-AWI-SMS PC, 2009 WL 1220311, at *8 (E.D. Cal. May 4, 2009).

Moreover, Plaintiff's motion is untimely.  The deadline for the completion of all discovery, including filing motions to compel, was October 4, 2011.  Doc. 32.

**IT IS ORDERED** that Plaintiff's motion to produce evidence (Doc. 53) is **denied**.

Dated this 30th day of January, 2012.

_____
David G. Campbell
United States District Judge